IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 NOV -1  AM 11: 21
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| TYLEAH McGUIRE,<br>   Plaintiff, | |
| -vs- | Case No.  A-12-CA-457-SS |
| CITY OF AUSTIN,<br>   Defendant. | |

### FINAL JUDGMENT

BE IT REMEMBERED on the 28th day of October 2013 the Court called the above-captioned matter for trial, and plaintiff Tyleah McGuire appeared with her counsel, and the defendant City of Austin appeared by and through its authorized representative and counsel, and the parties announced ready for trial, and a jury of seven duly and legally qualified jurors were empaneled, and thereafter, the case proceeded to trial. On October 29, 2013, the plaintiff McGuire rested her case, and the defendant City of Austin filed a motion for judgment as a matter of law pursuant to Rule 50 of the Federal Rules of Civil Procedure, and the Court took said motion under advisement, and the trial continued until October 30, 2013 when the City of Austin rested its case and renewed its motion for judgment as a matter of law, and the Court continued to carry said motion, and the case was submitted to the jury, and on October 30, 2013, the jury returned its verdict answering specifically questions 1 and 2 "No," and the Court, having accepted the verdict and having the verdict filed with the Clerk, finds from the pleadings, verdict, and under the law, that the following final judgment should be entered and is so entered:



IT IS ORDERED, ADJUDGED, and DECREED that the plaintiff Tyleah McGuire TAKE NOTHING in this cause against the City of Austin, and the City of Austin go hence with its costs for which execution shall issue.

SIGNED this the 4th day of November 2013.

_____
UNITED STATES DISTRICT JUDGE