IN THE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **TYLEAH McGUIRE**<br><br>　　　Plaintiff,<br>v.<br><br>**CITY OF AUSTIN**<br><br>　　　Defendant | CA No. 1:12-cv-457-SS<br><br>JURY DEMANDED |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that **TYLEAH MCGUIRE,** Plaintiff in the above-entitled and numbered cause, hereby appeals to the 5th Circuit, from the Western District of Texas, Austin, Texas, from the Final Order entered on November 12, 2013.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Ellen Sprovach
　　　　　　　　　　　　　　　　　　　Ellen Sprovach
　　　　　　　　　　　　　　　　　　　USDC SD/TX No. 22202
　　　　　　　　　　　　　　　　　　　Texas State Bar ID 24000672
　　　　　　　　　　　　　　　　　　　ROSENBERG & SPROVACH
　　　　　　　　　　　　　　　　　　　3555 Timmons Lane, Suite 610
　　　　　　　　　　　　　　　　　　　Houston, Texas 77046
　　　　　　　　　　　　　　　　　　　(713) 960-8300
　　　　　　　　　　　　　　　　　　　(713) 621-6670 (Facsimile)
　　　　　　　　　　　　　　　　　　　Attorney-in-Charge for Plaintiff

of Counsel:
Gregg M. Rosenberg
ROSENBERG & SPROVACH

　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

1

## **CERTIFICATE OF SERVICE**

I served a copy of this document on:

Mishell B. Kneeland
Assistant City Attorney
City of Austin Law Department
P. O. Box 1546
Austin, Texas 78767-1546
(512) 974-2429 (telephone)
(512) 974-1311(facsimile)

by means of the ECF Filing System on the 11th day of December 2013.

    /s/   Ellen Sprovach
Ellen Sprovach