IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 13-51164

TYLEAH MCGUIRE,

1:12cv45755

**FILED**

MAY 12 2014

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

Plaintiff - Appellant

v.

CITY OF AUSTIN,

Defendant - Appellee

Appeal from the United States District Court for the
Western District of Texas, Austin

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of May 6, 2014, for want of prosecution. The appellant failed to timely appellant's brief and record excerpts.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Nancy F. Dolly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

*RECEIVED MAY 12 2014 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY _____ DEPUTY CLERK*

May 06, 2014

Mr. William Putnicki  
Western District of Texas, Austin  
United States District Court  
501 W. 5th Street  
Austin, TX 78701-0000

    No. 13-51164   Tyleah McGuire v. City of Austin  
                       USDC No. 1:12-CV-457

Dear Mr. Putnicki,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____  
                        Nancy F. Dolly, Deputy Clerk  
                        504-310-7683

cc w/encl:  
    Ms. Christine G. Edwards  
    Ms. Mishell B. Kneeland  
    Ms. Ellen Sprovach